FILED
2026 Nov-02 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **BRENDAN CURRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **5:26-cv-1278-EGL-SGC** |
| | ) | |
| **WILLIAM STREETER et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# MEMORANDUM OPINION

On July 21, 2026, Plaintiff filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. Doc. 1; Doc. 2. On July 23, 2026, the Magistrate Judge granted Plaintiff's application and ordered him to pay an initial partial filing fee of $6.33 and return a signed Prisoner Consent Form within 30 days. Doc. 4. The order advised that this action could be dismissed if Plaintiff did not comply with the order by the deadline. Doc. 4.

On October 9, 2026, the Magistrate Judge entered a report recommending the dismissal of this action without prejudice based on Plaintiff's failure to pay the initial partial filing fee or return a signed Prisoner Consent Form. Doc. 5. Although the Magistrate Judge advised Plaintiff of his right to file written objections within 14 days (Doc. 5), the Court has not received any objections.

Because Plaintiff has not paid the initial partial filing fee, returned a signed Prisoner Consent Form, or otherwise responded to the July 23, 2026 order, the Court **ADOPTS** the report and **ACCEPTS** the recommendation and will **DISMISS** this action **WITHOUT PREJUDICE**. A Final Order will be entered separately.

**DONE** and **ORDERED** this 2nd day of November, 2026.

**EDMUND G. LACOUR JR.**
UNITED STATES DISTRICT JUDGE